UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Hassan,

                         Plaintiff,

         -against –

Nordstrom, Inc.,

                     Defendant.
------------------------------------------------------------X

**O R D E R**

7:20-CV-03725 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

       **SO ORDERED**.

Dated:  January 24, 2022
       White Plains, New York

_____
       CATHY SEIBEL, U.S.D.J.